No. 101. VITARELLI *v.* SEATON, SECRETARY OF THE INTERIOR, ET AL. United States Court of Appeals for the

District of Columbia Circuit. Certiorari granted. *Clifford J. Hynning* and *Allen S. Olmsted, 2nd*, for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for respondents.